■ In the Matter of the Application of DESMOND P. SULLIVAN, for Reinstatement as an Attorney. — Application for reinstatement granted and petitioner, Desmond P. Sullivan, reinstated as an attorney and counselor at law, effective immediately. Order entered. Mahoney, P. J., Kane, Casey, Yesawich, Jr., and Weiss, JJ., concur.

■ MOBIL OIL CORPORATION, Appellant, v JAMES H. TULLY, JR., et al., Constituting the New York State Tax Commission, et al., Respondents. — Motion for reargument denied, without costs. Since petitioner is essentially seeking a declaration that chapter 18 of the Laws of 1983 is unconstitutional, its remedy is not a motion for reargument, but a separate action or proceeding. Mahoney, P. J., Sweeney, Kane, Casey and Levine, JJ., concur.

■ In the Matter of the DENTAL SOCIETY OF THE STATE OF NEW YORK, Appellant, v HUGH CAREY, as Governor of the State of New York, et al., Respondents. — Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following questions of law, decisive of the correctness of its determination, have arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did this court err as a matter of law in holding that petitioners have standing to prosecute this proceeding?" "Did this court err as a matter of law in holding that the petition states a cause of action?" Mahoney, P. J., Sweeney, Main, Mikoll and Yesawich, Jr., JJ., concur.